# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **PRECISION WIRE FORMS, INC.,** | ) | |
| | ) | CASE NO. 1:23-cv-415 |
| Plaintiff, | ) | |
| v. | ) | HON. HALA Y. JARBOU |
| | ) | |
| **LINCOLN ELECTRIC AUTOMATION, INC.,** | ) | **PROOF OF SERVICE** |
| | ) | |
| Defendant. | ) | |

I am over the age of eighteen years and not a party to the within action. I am employed by Hahn Loeser & Parks LLP, whose business address is 200 Public Square, Suite 2800, Cleveland, Ohio 44114.

On September 18, 2023, I served via electronic mail to the counsel of record in this action, the following documents: (*1*) ***Defendant Lincoln Electric Automation, Inc.'s First Set of Requests for Production of Documents to Plaintiff Precision Wire Forms, Inc.;*** and ***(2) this Proof of Service.*** I declare that the above statements are true to the best of my knowledge, information and belief.

DATE: September 18, 2023

/s/ Nevenka S. Whitworth
Nevenka S. Whitworth
Paralegal
(nsw@hahnlaw.com)
**Hahn Loeser & Parks LLP**
200 Public Square
Suite 2800
Cleveland, OH 44114-2316
Phone: 216.621.0150
Fax: 216.241.2824

15014930.1